UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIKA O'TOOLE, administrator of the estate of TYLER JAMES O'TOOLE, deceased, | ) ) ) |
| Plaintiff, | ) ) No. 24 C 2590 |
| v. | ) ) Judge Pacold ) |
| THE UNITED STATES OF AMERICA, | ) Magistrate Judge Fuentes ) ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Plaintiff Mika O'Toole, by her attorneys, Thomas D. Robenalt and Ronald W. Cobb, III, and defendant United States, by its attorney, Andrew S. Boutros, United States Attorney for the Northern District of Illinois, file this joint status report in accordance with Judge Fuentes's minute entry, Dkt. 65, and the court's standing order:

1. Progress of Discovery: Both parties have served initial disclosures and their initial written discovery requests. Both parties have responded to those requests and provided corresponding productions. O'Toole has produced documents to the United States and provided supplemental disclosures. The United States has produced over 12,000 pages of documents in response to O'Toole's requests for production. Both parties have provided notice of discovery deficiencies, and the parties have supplemented and are supplementing their productions. The United States has also served 14 subpoenas for medical records, insurance records, and phone records of the plaintiff decedent. O'Toole has requested nine party depositions total, comprised of eight BOP employees, mostly officers and medical professionals, and one USMS employee. Plaintiff has deposed two BOP medical professionals. The United States has deposed the mother and father of plaintiff-decedent. The parties have been working together on scheduling depositions but have run into a technical issue related to the production of surveillance video that have pushed back the scheduling of officer depositions. The parties have thus jointly filed a motion for extension of fact discovery

concurrently with this status report that details the reason more time is needed, and the details will not be repeated here. The current fact discovery deadline is September 29, 2025. Dkt. 65. The parties are seeking a 60-day extension of fact discovery, or until November 28, 2025.

      2. *Settlement Conference*: The parties believe that a settlement conference would be premature at this time but are open to conferring on the possibility of a settlement conference after expert discovery.

      3. *Other Matters*: The parties have no other matters to raise at this time.

Respectfully submitted,

| | |
|---|---|
| s/ Thomas D. Robenalt<br>THOMAS D. ROBENALT<br>JOHN M. MOSCARINO<br>The Robenalt Law Firm, Inc.<br>23550 Center Ridge Road, Suite 103<br>Westlake, OH 44145<br>216-223-7535<br>trobenalt@robenaltlaw.com<br>jmoscarino@robenaltlaw.com | ANDREW S. BOUTROS<br>United States Attorney<br><br>By: s/ Valerie R. Raedy<br>   VALERIE R. RAEDY<br>   Assistant United States Attorney<br>   219 South Dearborn Street<br>   Chicago, Illinois 60604<br>   (312) 353-8694<br>   valerie.raedy@usdoj.gov |
| s/ Ronald William Cobb, III<br>RONALD WILLIAM COBB, III<br>Mcdevitt Law Offices, P.c.<br>221 North Lasalle Street<br>Suite 1600<br>Chicago, IL 60601<br>312-332-0072<br>ron@mcdevittlaw.com | |