UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIKA O'TOOLE, administrator of the estate of TYLER JAMES O'TOOLE, deceased, | ) ) ) | |
| Plaintiff, | ) ) | No. 24 C 2590 |
| v. | ) ) | Judge Pacold |
| THE UNITED STATES OF AMERICA, | ) ) | Magistrate Judge Fuentes |
| Defendant. | ) ) | |

## JOINT MOTION TO SET EXPERT DISCOVERY SCHEDULE

Plaintiff Mika O'Toole, by her attorneys, Thomas D. Robenalt and Ronald W. Cobb, III, and defendant United States, by its attorney, Andrew S. Boutros, United States Attorney for the Northern District of Illinois, jointly move to set the following expert discovery schedule. In support of this joint motion, the parties state as follows:

1. Plaintiff O'Toole filed suit against the United States under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 2671 et seq. and 28 U.S.C. § 1346(b)(1), alleging that the Bureau of Prisons and the U.S. Marshal's Service were negligent in their care and treatment of the decedent, leading to the decedent's eventual suicide during his incarceration. Am. Compl., Dkt. 10.

2. The court instructed the parties to file a "contested or agreed motion to set an expert discovery schedule." Dkt. 84. The parties jointly move to set the following expert schedule:

- Plaintiff's expert disclosures due: July 31, 2026

- Defendant to depose plaintiff's experts: October 30, 2026

- Defendant's expert disclosures due: January 29, 2027

- Plaintiff to depose defense experts: April 30, 2027

Plaintiff asserts that about 90 days between each deadline are needed in this matter due to the trial schedule of Plaintiff's counsel and the schedule of their experts. Plaintiff's counsel currently has trials scheduled to begin on May 4, 2026, May 21, 2026, June 15, 2026, and July 6, 2026. The time required for preparation and participation in these trials is significant and undersigned counsel request until July 31, 2026 to consult with experts and produce Plaintiff's expert disclosures. Additionally, at least one of Plaintiff's experts has indicated that the experts schedule prevents completing review and producing a report until late July.  Defendant agrees that there will be a substantial amount of experts in this matter and notes that this expert schedule provides equal time to both parties for their disclosures.

WHEREFORE, the parties jointly move to set the above agreed expert discovery schedule.

Respectfully submitted,

s/ Thomas D. Robenalt
THOMAS D. ROBENALT
The Robenalt Law Firm, Inc.
23550 Center Ridge Road, Suite 103
Westlake, OH 44145
216-223-7535
trobenalt@robenaltlaw.com


s/ Ronald William Cobb, III
RONALD WILLIAM COBB, III
McDevitt Law Offices, P.C.
221 North Lasalle Street
Suite 1600
Chicago, IL 60601
312-332-0072
ron@mcdevittlaw.com

ANDREW S. BOUTROS
United States Attorney

By: s/ Valerie R. Raedy
    VALERIE R. RAEDY
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-8694
    valerie.raedy@usdoj.gov